**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1694**

———————————

BRITTNEY FELDER, an individual,

        Plaintiff - Appellant,

     v.

MGM NATIONAL HARBOR, LLC; DOES 1 THROUGH 50, inclusive,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Adam B. Abelson, District Judge.  (8:18-cv-03405-ABA)

———————————

Submitted:  December 18, 2025                Decided:  January 9, 2026

———————————

Before DIAZ, Chief Judge, and QUATTLEBAUM and HEYTENS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Brittney Felder, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brittney Felder appeals the district court's final judgment in favor of MGM National Harbor, LLC ("MGM"), after a jury rendered a verdict in MGM's favor on Felder's color discrimination claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.[*]  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment.  *Felder v. MGM Nat'l Harbor, LLC*, No. 8:18-cv-03405-ABA (D. Md. June 9, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Felder has filed a motion to exceed the length limitations for her informal brief, which we grant.

2